**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JERI WASCO,

    Plaintiff,

vs.                                                          CASE NO.:

S & V Enterprises at Jennifer Street,
Inc, a Washington, D.C. corporation,

    Defendant.

_____/

**PLAINTIFF'S CERTIFICATE UNDER LCvR 7.1**

    I, the undersigned, counsel of record for Plaintiff, Jeri Wasco, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates, which have any outstanding securities in the hands of the public.

    **RESPONSE: None.**

Date: October 6, 2006                              Respectfully submitted,

                                                            /s/Jason E. Miles
                                                            Jason E. Miles, Esquire
                                                            Maryland Bar No. 26349
                                                            Schwartz Zweben & Slingbaum LLP
                                                           51 Monroe Street, Suite 812
                                                           Rockville, MD 20850
                                                           Telephone: (301) 294-6868
                                                           Facsimile: (301) 294-6480
                                                           jmiles@szalaw.com