United States District Court for the District of Columbia

| | |
|---|---|
| JERI WASCO<br>PLAINTIFF(S)<br><br>V.<br><br>S & V ENTERPRISES AT JENNIFER STREET, INC.<br>DEFENDANT(S) | )<br>)<br>)<br>)<br>)  Case #   1:06-cv-01875-RCL<br>)<br>)<br>)<br>) |

I declare that I am a citizen of the United States, over the age of eighteen and not party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| I served | LESLIE D. SAMUEL, RESIDENT AGENT |
| with the | SUMMONS & COMPLAINT |
| by serving | LESLIE D. SAMUEL, RESIDENT AGENT |
| on | DECEMBER 24, 2006 at 11:30 AM |
| at | S & V ENTERPRISES AT JENNIFER STREET, INC., 5429 CATHEDRAL AVENUE NW, WASHINGTON, DC 20036 |

**DESCRIPTION**

| | | | |
|---|---|---|---|
| **MALE**<br>SEX | **CAUCASIAN**<br>RACE | **60**<br>AGE | **GREY**<br>HAIR |
| **5' 11"**<br>HEIGHT | **225-250 LBS**<br>WEIGHT | | **BLACK**<br>EYES |

I declare under penalty of perjury that the information contained herein is true, correct, and this affidavit was executed on Friday, December 29, 2006, Baltimore, MD.

*[signature: William Malone]*

WILLIAM MALONE
C & C Legal Support Services, Inc.
2522 N. Calvert Street
Baltimore, MD  21218
(410) 366-9109 , (410) 366-9403 (Fax)
Job #23678

23678

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JERI WASCO

**SUMMONS IN A CIVIL CASE**

V.

S & V ENTERPRISES at JENNIFER STREET, INC., a Washington, D.C. corporation,

CASE NUMBER: 1:06-cv-01875-RCL

TO: (Name and address of Defendant)

Leslie D. Samuel, Registered Agent for:
S & V Enterprises at Jennifer Street, Inc.
5429 Cathedral Ave NW
Washington, D.C. 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason E. Miles, Esquire
Schwartz, Zweben & Slingbaum LLP
51 Monroe Street, Suite #812
Rockville MD 20850
(301) 294-6868 - Telephone
(301) 294-6480 - Facsimile

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON            11/15/2006

CLERK                                 DATE

(By) DEPUTY CLERK