UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

JERI WASCO

    Plaintiff,

vs.                                 Case No.: 1:06-cv-01875-RCL

S & V ENTERPRISES
AT JENNIFER STREET, INC.

    Defendant.

**CONSENT PRAECIPE EXTENDING TIME FOR FILING A RESPONSIVE PLEADING**

Please note the consent of the parties that the defendant may have up to and including March 20, 2007, for the filing of a Responsive Pleading.

                                              Respectfully submitted,

                                              /s/Jason E. MIles
                                              Jason E. Miles, Esquire
                                              SCHWARTZ ZWEBEN &
                                              ASSOCIATES, LLP
                                              51 Monroe Street, Suite #812
                                              Rockville, Maryland 20850
                                              (301) 294-6868

                                              Attorney for Plaintiff


                                              /s/Dale A. Cooter
                                              Dale Cooter, Esq.
                                              COOTER, MANGOLD,
                                              TOMPERT & WAYSON, LLP
                                              5301 Wisconsin Avenue, N.W., Suite 500
                                              Washington, D.C.  20015
                                              (202) 537-0700

                                              Attorney for Defendant