UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

```
_____
JERI WASCO                      )
                                )
    Plaintiff,                  )
                                )
vs.                             )   Case No.: 1:06-cv-01875-RCL
                                )
S & V ENTERPRISES               )
AT JENIFER STREET, INC.         )
                                )
    Defendant.                  )
_____)
```

**CONSENT PRAECIPE EXTENDING TIME FOR**
**FILING A RESPONSIVE PLEADING**

It is hereby stipulated by and between undersigned counsel for the parties, that Defendant shall have up through and including April 20, 2007, for the filing of a Responsive Pleading in this case.

Respectfully submitted,

\_\_\_/s/Dale A. Cooter\_\_\_
Dale Cooter, Esq.
COOTER, MANGOLD, TOMPERT &
  KARAS, LLP
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C. 20015
(202)537-0700

Attorney for Defendant

\_\_\_/s/Jason E. Miles\_\_\_
Jason E. Miles, Esquire
SCHWARTZ ZWEBEN & ASSOCIATES,
  LLP
51 Monroe Street, Suite #812

Rockville, Maryland 20850
(301)294-6868

Attorney for Plaintiff