UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JERI WASCO,  )<br> )<br>   Plaintiff,  )<br> )<br>v.  )<br> )<br>S & V ENTERPRISES  )<br>AT JENIFER STREET, INC.,  )<br> )<br>   Defendant.  )<br> ) | Civil Action No. 1:06-1875 (RCL) |

## ORDER

Upon consideration of the Consent Motion [5] Extending Time for Filing a Responsive Pleading, it is hereby

ORDERED that the Consent Motion [5] is GRANTED, *nunc pro tunc*; and it is further

ORDERED that the defendant shall have up through and including April 20, 2007, to file a responsive pleading in this case.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 23, 2007.