UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERI WASCO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>S & V ENTERPRISES )<br>AT JENIFER STREET, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:06-1875 (RCL) |

## ORDER

Upon consideration of the Consent Motion [4] Extending Time for Filing a Responsive Pleading, it is hereby

ORDERED that the Consent Motion [4] is GRANTED, *nunc pro tunc*.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 23, 2007.