UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JERI WASCO, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06-1875 (RCL) |
| S & V ENTERPRISES AT JENIFER STREET, INC., | ) |
| Defendant. | ) |

### ORDER

Defendant has filed an answer on April 20, 2007. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 23, 2007.