UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JERI WASCO,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-1875 (RCL) |
| ) | |
| **S & V ENTERPRISES** ) | |
| **AT JENIFER STREET, INC.,** ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

Upon consideration of the parties' Joint Report to the Court pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and Local Rules 16.3(d) and 26.2, the Court, pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, and Local Rule 16.4(a), hereby ORDERS as follows:

**1.    Discovery**

Discovery will begin immediately.  Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be dispensed with.

No changes to the number or duration of depositions appear to be necessary and thus, unless otherwise authorized by the Court or stipulated by the parties, each side may take 4 non-party depositions, expert depositions, and depositions of the parties.  The depositions shall be a maximum of seven hours in length, and each to be taken and completed the same day, if possible.  No changes to the number of interrogatories appear necessary and thus, unless otherwise authorized by the Court or stipulated by the parties, each side may serve upon the other written interrogatories, not exceeding 25 in number

including all discrete subparts.

Each side may serve requests for admission and requests for production of documents as provided under Fed. R. Civ. P. 24 and 36.

All discovery, if necessary, shall be completed within 120 days from the commencement of discovery or September 15, 2007, whichever date is later. Additional time may be ordered by the Court.

With respect to experts:

    (a)    Plaintiff will designate her experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by July 15, 2007;

    (b)    Defendant will designate its experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by August 15 ,2007;

    (c)    Plaintiff will identify rebuttal experts and make the required Fed. R. Civ. P. 26(a)(2) disclosures by September 1, 2007;

    (d)    The parties will make their experts available for deposition within 15 days of the designations and disclosures pertaining to that expert.

**2.**    **Joinder of Other Parties/Amendment of the Pleadings**

Joinder of the parties shall occur, if at all, as provided under the Rules or upon agreement of the parties, subject to the Court's approval.

**3.**    **Dispositive Motions**

The parties propose that any dispositive motions be filed by September 29, 2007. Motions in opposition thereto shall be filed no later than October 16, 2007, and motions in reply to shall be filed no later than October 23, 2007. The Court will rule on the

parties' dispositive summary judgment motions as soon as practicable after they are filed and will convene oral argument on the motions if necessary.

### **4.**     **Protective Order**

The parties should prepare a suitable proposed protective order should they deem such an order necessary.

### **5.**     **Conference**

A status conference will be held after rulings on the parties' dispositive summary judgment motions.

### **6.**     **Pretrial and Trial**

Dates for pretrial and trial will be set at the above status conference.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 23, 2007.