**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

JERI WASCO,

    Plaintiff,

vs.                                                             CASE NO.: 1:06-CV-01875-RCL

S & V Enterprises at Jennifer Street,
Inc, a Washington, D.C. corporation,

    Defendant.
_____/

**JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff, JERI WASCO and Defendant, S & V ENTERPRISES AT JENNIFER STREET, INC., a Washington, D.C. Corporation, by and through the undersigned counsel, and hereby file their Joint Notice of Voluntary Dismissal With Prejudice for the above-styled cause.

Dated: **June 28, 2007**                           Respectfully submitted:

s/ Jason E. Miles                                       s/ Donna S. Mangold
Jason E. Miles, Esquire                            Dale A. Cooter (# 227454)
MD Bar No. 26349                                  Donna S. Mangold (# 358851)
Attorney for Plaintiff                                Attorneys for Defendant
jmiles@szalaw.com                                 efiling@cootermangold.com
50 Monroe St # 812                                 5301 Wisconsin Avenue, N.W.
Rockville MD 20850                               Suite 500
(301)-294-6868-Telephone                     Washington, D.C. 20015
                                                                 (202)537-0700-Telephone
                                                                 (signed by plaintiff's counsel with
                                                                 permission)

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 28, 2007, I electronically filed the foregoing document with the Clerk of the Court, to the following ECF Registrant:

efiling@cootermangold.com

  s/Jason E. Miles  
Jason E. Miles, Esquire

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JERI WASCO,

    Plaintiff,

vs.                               CASE NO.: 1:06-CV-01875-RCL

S & V Enterprises at Jennifer Street,
Inc, a Washington, D.C. corporation,

    Defendant.
_____/

## COURT ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the Parties' Joint Notice of Dismissal With Prejudice, and the Court having noted the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED and ADJUDGED that this case is hereby Dismissed With Prejudice.

DONE AND ORDERED in Chambers at Washington, D.C., this _____ day of _____, 2007

                                            _____
                                            United States District Court Judge

Conformed copies furnished to:

Parties of Record