UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JERI WASCO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:06-1875 (RCL) |
| S & V ENTERPRISES AT JENIFER STREET, INC., | ) ) ) |
| Defendant. | ) ) |

### ORDER OF DISMISSAL WITH PREJUDICE

This cause having come before the Court upon the parties' joint notice of dismissal with prejudice, and the Court having noted the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 5, 2007.